UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDERY HERRERA, *on behalf of himself and others similarly situated*,

            Plaintiffs,

– against –

CLARK ATLANTA UNIVERSITY, INC.,

           Defendant.

**ORDER**

25-cv-01614 (ER)

Ramos, D.J.:

    Edery Herrera brought this action against Clark Atlanta University, Inc. on February 26, 2025. Doc. 1. On February 27, 2025, electronic summons was issued as to the defendant university. Doc. 5. Since then, there has been no activity in this case.

    Herrera is directed to submit a status letter by no later than August 6, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:  July 29, 2025
         New York, New York

                                          EDGARDO RAMOS, U.S.D.J.